CHARLES H. INGERSOLL, RESPONDENT, v. VILLAGE OF SOUTH ORANGE ET AL., APPELLANTS.

Submitted May 29, 1925—Decided September 29, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 335.

For the appellants, *Riker & Riker.*

For the respondent, *Howe & Davis.*

PER CURIAM.

The judgment appealed from will be affirmed, for the reasons stated in the opinion filed in the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, JJ.   11.

*For reversal*—None.